IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **COURTNEY D. ALSOBROOK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-00603-M (BF) |
| | § | |
| **GMAC MORTGAGE, LLC, and** | § | |
| **EXECUTIVE TRUSTEE** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants', GMAC Mortgage, LLC ("GMAC") and Executive Trustee Services, LLC ("ETS"), Motion for Summary Judgment (doc. 26) is **GRANTED** and Plaintiff's claims against Defendants GMAC and ETS are **DISMISSED WITH PREJUDICE**.

Furthermore, the Court **DENIES** as **MOOT** Defendants', GMAC and ETS, Motion to Dissolve Temporary Restraining Order (doc. 33), and Defendants', GMAC and ETS, Motion To Grant Defendants' Pending Motions (doc. 42). Finally, the Court **DENIES** Plaintiff's Motion to Remand and Brief in Support (doc. 36).

**SO ORDERED** this 9th day of May, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS